**Fill in this information to identify the case:**

Debtor name   **Cruse Paving, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **18-11548**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 10, 2018**          X **/s/ Guy E. Cruse**
                                          Signature of individual signing on behalf of debtor

                                          **Guy E. Cruse**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Cruse Paving, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **18-11548**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $         0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... $     2,540,077.60

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................... $     2,540,077.60

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    388,226.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      9,011.88

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$    939,348.42

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                            $    1,336,586.98

**Fill in this information to identify the case:**

Debtor name  **Cruse Paving, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **18-11548**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Banking Branch and Trust** | **Checking** | **2868** | **Unknown** |
| 3.2. | **Synovus Bank** | **Checking** | **6792** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Cruse Paving, Inc.** | | | Case number *(If known)* **18-11548** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **8,250.05**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$8,250.05** |
| 11a. 90 days old or less: | **47,422.15**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$47,422.15** |
| 11a. 90 days old or less: | **70,145.67**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$70,145.67** |
| 11a. 90 days old or less: | **66,815.88**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$66,815.88** |
| 11a. 90 days old or less: | **110,017.44**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$110,017.44** |
| 11a. 90 days old or less: | **49,813.98**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$49,813.98** |
| 11a. 90 days old or less: | **68,771.64**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$68,771.64** |
| 11a. 90 days old or less: | **115,637.13**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$115,637.13** |
| 11a. 90 days old or less: | **104,722.43**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$104,722.43** |
| 11a. 90 days old or less: | **13,141.33**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$13,141.33** |
| 11a. 90 days old or less: | **12,835.76**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$12,835.76** |
| 11a. 90 days old or less: | **35,435.99**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$35,435.99** |
| 11a. 90 days old or less: | **182,990.80**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$182,990.80** |
| 11a. 90 days old or less: | **51,166.41**<br>face amount | – | **0.00** = ....<br>doubtful or uncollectible accounts | **$51,166.41** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Cruse Paving, Inc.**                                        Case number *(If known)*  **18-11548**
              Name

| 11a. 90 days old or less: | 97,838.57 | - | 0.00 | =.... | $97,838.57 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 61,880.34 | - | 0.00 | =.... | $61,880.34 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 40,050.90 | - | 0.00 | =.... | $40,050.90 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 7,709.28 | - | 0.00 | =.... | $7,709.28 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 74,528.69 | - | 0.00 | =.... | $74,528.69 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 23,760.53 | - | 0.00 | =.... | $23,760.53 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 47,745.07 | - | 0.00 | =.... | $47,745.07 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 155,547.12 | - | 0.00 | =.... | $155,547.12 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 11,850.04 | - | 0.00 | =.... | $11,850.04 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 13,984.85 | - | 0.00 | =.... | $13,984.85 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 69,103.84 | - | 0.00 | =.... | $69,103.84 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 151,818.03 | - | 0.00 | =.... | $151,818.03 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,302.58 | - | 0.00 | =.... | $2,302.58 |
| | face amount | | doubtful or uncollectible accounts | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor    **Cruse Paving, Inc.**                                   Case number *(If known)*  **18-11548**
Name

11b. Over 90 days old:     19,994.78     -     0.00   =....     $19,994.78
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     3,241.98     -     0.00   =....     $3,241.98
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     18,469.67     -     0.00   =....     $18,469.67
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     46,403.24     -     0.00   =....     $46,403.24
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     27,824.67     -     0.00   =....     $27,824.67
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     44,527.01     -     0.00   =....     $44,527.01
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     67,892.00     -     0.00   =....     $67,892.00
                     face amount             doubtful or uncollectible accounts

11b. Over 90 days old:     7,371.67     -     0.00   =....     $7,371.67
                     face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**                                         $1,931,011.52
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Cruse Paving, Inc.** | Case number *(If known)* **18-11548** |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous office furniture.** | **$0.00** | | **$300.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous office equipment.** | **$0.00** | | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | **$800.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2018 Chevrolet Silverado**<br>**VIN: 1GC1KWEY1JF146387** | **$0.00** | | **$52,000.00** |
| 47.2. | **2018 GMC Sierra**<br>**VIN: 1GT12TEY3JF152769** | **$0.00** | | **$60,266.08** |
| 47.3. | **2014 Chevy Silverado**<br>**VIN: 3GCUKSEC4EG258809** | **$0.00** | | **$26,000.00** |
| 47.4. | **2016 GMC Sierra**<br>**VIN: 1GT12REG4GF113921** | **$0.00** | | **$28,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cruse Paving, Inc.** | | Case number *(If known)* **18-11548** |
|--------|------------------------|---|-----------------------------------|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.5. | **2015 Ford F-450**<br>VIN: 1FD0W4GT3FED19969 | $0.00 | | $30,000.00 |
| 47.6. | **1998 CHEVY 6H4 (DUMP)**<br>VIN: 1GBJ6H1P4WJ105953 | $0.00 | | $15,000.00 |
| 47.7. | **1994 FORD F-800 (TACK)**<br>VIN: 1FDXK84E9RVA26699 | $0.00 | | $20,000.00 |
| 47.8. | **2008 CHEVY SILVERADO HD-2500**<br>1GCHK23658F124945 | $0.00 | | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2015 Rosco Broom Sweeper 4930**<br>No. 127791 | $0.00 | | $30,000.00 |
| **Wirtgen W1200 Milling Machine**<br>Serial No. 07100864 | $0.00 | | $65,000.00 |
| **Kubota 2016 Skid Steer**<br>Serial No. 301712<br>**Pallet Forks**<br>Serial No. P5526 | $0.00 | | $45,000.00 |
| **1999 KW W90 LOWBOY**<br>Vin: 1XKWDB9X1XJ819800 | $0.00 | | $18,000.00 |
| **2006 INGERSOLL RAND PF3120 (PAVER)**<br>188706 | $0.00 | | $10,000.00 |
| **1989 BLAW KNOW PF 172.1(PAVER)**<br>17208-05 | $0.00 | | $15,000.00 |
| **2006 INGERSOLL RAND DD-24 (ROLLER)**<br>179887 | $0.00 | | $3,000.00 |
| **2010 CAT CB34 (ROLLER)**<br>34500312 | $0.00 | | $10,000.00 |
| **1999 INGERSOLL RAND DA-30 (ROLLER)**<br>7210-S | $0.00 | | $3,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cruse Paving, Inc.** | | Case number *(If known)* **18-11548** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **1998 HAMM 2210SD (BASE ROLLER)**<br>41327 | $0.00 | $8,000.00 |
| **1998 FIAT FG75 (MOTOR GRADER)**<br>61A00435 | $0.00 | $10,000.00 |
| **MAULDIN ROLLER**<br>AA14CGS1YG-00865 | $0.00 | $2,000.00 |
| **2006 BOBCAT T-250 (SKIDSTEER LOR)**<br>530914045 | $0.00 | $18,000.00 |
| **2007 BOBCAT T-300 (SKIDSTEER)**<br>532015811 | $0.00 | $18,000.00 |
| **BROOM ATTACHMENT  BOBCAT SB726**<br>147832 | $0.00 | $1,500.00 |
| **1996 BLAW KNOX PF 3180 (PAVER)**<br>147832 | $0.00 | $15,000.00 |
| **2014 BOMAG PNUEMATIC (TRAFFIC ROLLER)**<br>BW11RH | $0.00 | $40,000.00 |
| **1999 ALITEC CORP (MILLING HEAD)**<br>1149 | $0.00 | $3,000.00 |
| **BROOM 28655-005 8 HC**<br>298655-005 | $0.00 | $1,500.00 |
| **DD-110 (ROLLER)**<br>1550220 | $0.00 | $8,500.00 |
| **2006 ROADTEC RP 190 (PAVER)**<br>R14-277 | $0.00 | $15,000.00 |
| **1996 CHAUSE MYCOWAGON (TACK TRL)**<br>118 | $0.00 | $2,000.00 |
| **2006 PIITMAN LB35-33CS (LOWBOY TRL)**<br>5JYLB35286P061309 | $0.00 | $18,000.00 |
| **2005 ANDERSON  (TAG-A-LONG TRL)**<br>4YNBN25265C034300 | $0.00 | $3,500.00 |
| **2009 DITCH RUNNER (TACK TRL)**<br>1R9BE182391574021 | $0.00 | $4,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cruse Paving, Inc.** | | Case number *(If known)* | **18-11548** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Miscellaneous tools and equipment.** | | $0.00 | $5,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | |
   |---|
   | **$608,266.08** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.

   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.

   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.

   ☐ Yes Fill in the information below.

Debtor    **Cruse Paving, Inc.**                                             Case number *(If known)* **18-11548**
_____ Name _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,931,011.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $608,266.08 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,540,077.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,540,077.60 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cruse Paving, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **18-11548**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ally**<br>Creditor's Name<br><br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2018 Chevrolet Silverado**<br>**VIN: 1GC1KWEY1JF146387** | **$62,923.06** | **$52,000.00** |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally**<br>Creditor's Name<br><br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2014 Chevy Silverado**<br>**VIN: 3GCUKSEC4EG258809** | **$21,769.77** | **$26,000.00** |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cruse Paving, Inc.**                                  Case number (if know)    **18-11548**
_____Name_____

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **Ally** | Describe debtor's property that is subject to a lien | $70,710.18 | $60,266.08 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 9001951**
**Louisville, KY 40290-1951**

**2018 GMC Sierra**
**VIN: 1GT12TEY3JF152769**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally** | Describe debtor's property that is subject to a lien | $33,174.92 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 9001951**
**Louisville, KY 40290-1951**

**2016 GMC Sierra**
**VIN: 1GT12REG4GF113921**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **Bank of the West** | Describe debtor's property that is subject to a lien | Unknown | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 7167**
**Pasadena, CA 91109-7167**

**2015 Rosco Broom Sweeper 4930**
**No. 127791**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Cruse Paving, Inc.**
_____
Name

Case number (if know)    **18-11548**

| | | |
|---|---|---|
| **Date debt was incurred** | ☐ No | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.6 | **Ford Motor Credit Corp.** | **Describe debtor's property that is subject to a lien** | $27,040.76 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Ford F-450** | | |
| | **P.O. Box 105704** | **VIN: 1FD0W4GT3FED19969** | | |
| | **Atlanta, GA 30348** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/02/2015**

**Last 4 digits of account number**
**2544**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Komatsu Financial** | **Describe debtor's property that is subject to a lien** | $46,487.06 | $65,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Wirtgen W1200 Milling Machine** | | |
| | **P.O. Box 99303** | **Serial No. 07100864** | | |
| | **Chicago, IL 60693-9303** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | $45,302.40 | $45,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Cruse Paving, Inc.** | | Case number (if know) | **18-11548** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Creditor's Name | **Kubota 2016 Skid Steer** |
| | **Serial No. 301712** |
| **P.O. Box 0559** | **Pallet Forks** |
| **Carol Stream, IL** | **Serial No. P5526** |
| **60132-0559** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Synovus Bank** | Describe debtor's property that is subject to a lien | $31,181.77 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous equipment and tools.** | | |

**P.O. Box 105233**
**Atlanta, GA 30348**
Creditor's mailing address

**Describe the lien**
**Promissory Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/14/2014**

**Last 4 digits of account number**
**5432**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Synovus Bank** | Describe debtor's property that is subject to a lien | $49,636.76 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous equipment and tools.** | | |

**P.O. Box 105233**
**Atlanta, GA 30348**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/30/2016**

**Last 4 digits of account number**
**6461**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor    **Cruse Paving, Inc.**                                            Case number (if know)    **18-11548**
_____Name_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**
Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$388,226.68** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Cruse Paving, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **18-11548**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $9,011.88 | $9,011.88 |

2.1  Priority creditor's name and mailing address

**Carroll County Tax Comm.**
**423 College Street**
**Carrollton, GA 30117**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1  Nonpriority creditor's name and mailing address                                      $90.15

**ACRA**
**359 W. Bankhead Highway**
**Villa Rica, GA 30180**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and/or services provided to Debtor.

Is the claim subject to offset?  ☐ No  ☐ Yes

3.2  Nonpriority creditor's name and mailing address                                      $2,670.48

**Action Tire Company**
**410 Lee's Mill Road**
**Forest Park, GA 30297**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and/or services provided to Debtor.

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Cruse Paving, Inc.** | Case number (if known) | **18-11548** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,762.50**

**American Contr. Grading Paving**
1955 Monier Road
Lithia Springs, GA 30122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,472.25**

**American Contractor's Inc.**
1925 Monier Ave
Lithia Springs, GA 30122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1974**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.01**

**American Contractor's Inc.**
1925 Monier Ave
Lithia Springs, GA 30122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1931**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,303.24**

**American Contractor's Inc.**
1925 Monier Ave
Lithia Springs, GA 30122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1950**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00**

**Anthony Singh**
P.O. Box 77434
Atlanta, GA 30357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,097.50**

**Area Wide Protective, Inc.**
P.O. Box 636219
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.42**

**AT&T**
P.O. Box 105251
Atlanta, GA 30348-5251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cruse Paving, Inc.** | Case number (if known) | 18-11548 |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.46 |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,732.76 |
|---|---|---|---|

**Auto Parts Company**
**203 North Tennessee Street**
**P.O. Box 1450**
**Cartersville, GA 30120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,417.67 |
|---|---|---|---|

**Baldin Paving Company**
**1014 Kemmill Drive N.W.**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,444.80 |
|---|---|---|---|

**Ball and Associates Hauling**
**42 Lynhaven Drive**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,250.00 |
|---|---|---|---|

**C&H Paving**
**P.O. Box 1809**
**Thomson, GA 30824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460,346.47 |
|---|---|---|---|

**C.W. Matthews Contracting Co.**
**P.O. Drawer 970**
**Marietta, GA 30061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,239.87 |
|---|---|---|---|

**Cambridge Swinerton Builders**
**5901 Peachtree Dunwoody Rd #30**
**Atlanta, GA 30328**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1966**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | **Cruse Paving, Inc.** | Case number (if known) | **18-11548** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,640.32 |
|---|---|---|---|

**Cambridge Swinerton Builders**
**5901 Peachtree Dunwoody Rd #30**
**Atlanta, GA 30328**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1951**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,555.89 |
|---|---|---|---|

**Cambridge Swinerton Builders**
**5901 Peachtree Dunwoody Rd #30**
**Atlanta, GA 30328**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1958**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,083.12 |
|---|---|---|---|

**Capital One**
**P.O. Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $73.35 |
|---|---|---|---|

**Carroll County Water Authority**
**P.O. Box 739**
**Carrollton, GA 30112-0014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,188.03 |
|---|---|---|---|

**Carroll Daniel Construction**
**921 Athens St # A**
**Gainesville, GA 30501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1967**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,910.38 |
|---|---|---|---|

**Carroll Daniel Construction**
**921 Athens St # A**
**Gainesville, GA 30501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1925**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,181.80 |
|---|---|---|---|

**Carroll Daniel Construction**
**921 Athens St # A**
**Gainesville, GA 30501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1928**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

Debtor    **Cruse Paving, Inc.**

Name

Case number (if known)    18-11548

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,116.72 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1965**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,592.15 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1968**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,637.09 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1820**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,452.87 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1870**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,939.75 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1921**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,999.48 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1948**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,472.56 |

**CMES, Inc.**
**6555 McDonough Dr NW**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1963**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| Debtor | **Cruse Paving, Inc.** | Case number (if known) | **18-11548** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.98 |
|---|---|---|---|

**Colliflower**
P.O. Box 826398
Philadelphia, PA 19182-6398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.03 |
|---|---|---|---|

**Corbitt Commercial Tire**
548 Buncombe Road
Waco, GA 30182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.50 |
|---|---|---|---|

**E.M.P Trailer & RV**
1530 Harmony Road
Temple, GA 30179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,243.81 |
|---|---|---|---|

**EFS Inc.**
P.O. 1430
Norcross, GA 30091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.25 |
|---|---|---|---|

**Everett Mudd Trucking**
446 Shiloh Road
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,119.33 |
|---|---|---|---|

**Gem Seal**
310 GemSeal Atlanta
4765 Frederick Drive S.W.
Atlanta, GA 30336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.44 |
|---|---|---|---|

**Harris Tire Company**
P.O. Drawer 888
Troy, AL 36081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods and/or services provided to Debtor.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Cruse Paving, Inc.** | | | Case number (if known) | **18-11548** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$796.08** |
|---|---|---|---|

**Highway Services, inc.**
**P.O. Box 926**
**Douglasville, GA 30133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,440.00** |
|---|---|---|---|

**Junior Pippin Trucking Company**
**1975 Sigman Road**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,888.68** |
|---|---|---|---|

**Ohmshiv Construction**
**805 Progress Court, Suite A**
**Lawrenceville, GA 30043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1923**

Basis for the claim:  **Breach of contract.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,600.00** |
|---|---|---|---|

**Palmer, Inc.**
**P.O. Box 35**
**Clermont, GA 30527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,971.16** |
|---|---|---|---|

**Roadtec, Inc.**
**P.O. Box 934294**
**Atlanta, GA 31193-4294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**Sirius XM Radio**
**1221 Avenue of the Americas**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,389.14** |
|---|---|---|---|

**Siuprem, Inc.**
**P.O. Box 105611**
**Atlanta, GA 30348-5611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and/or services provided to Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cruse Paving, Inc.** | | Case number (if known) | **18-11548** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,620.00** |
|---|---|---|---|
| | **Southeastern Traffic Supply** | ☐ Contingent | |
| | **1400 Veterens Memorial Hwy, SE** | ☐ Unliquidated | |
| | **Suite 134** | ☐ Disputed | |
| | **Mableton, GA 30126** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.80** |
|---|---|---|---|
| | **Southern Tire Mart** | ☐ Contingent | |
| | **5045 Bakers Ferry Road, SW** | ☐ Unliquidated | |
| | **Atlanta, GA 30336** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,887.50** |
|---|---|---|---|
| | **Taylor Transport, Inc.** | ☐ Contingent | |
| | **1708 Hwy 113** | ☐ Unliquidated | |
| | **Cartersville, GA 30120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.99** |
|---|---|---|---|
| | **Threads for the South, Inc.** | ☐ Contingent | |
| | **1076 King Industrial Drive** | ☐ Unliquidated | |
| | **Marietta, GA 30062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.25** |
|---|---|---|---|
| | **Travis Hill Trucking** | ☐ Contingent | |
| | **2391 Battle Drive** | ☐ Unliquidated | |
| | **Villa Rica, GA 30180** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,981.25** |
|---|---|---|---|
| | **Troup Hauling Co., LLC** | ☐ Contingent | |
| | **P.O. 1041** | ☐ Unliquidated | |
| | **Lagrange, GA 30241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|
| | **Tucker Grading and Hauling** | ☐ Contingent | |
| | **102 Roberts Way** | ☐ Unliquidated | |
| | **Canton, GA 30114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Goods and/or services provided to Debtor. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Cruse Paving, Inc.** | | Case number (if known) | **18-11548** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Villa Rica Tax Service, Inc.**
**430 W. Bankhead Hwy.**
**Villa Rica, GA 30180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and/or services provided to Debtor.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,689.56 |
|---|---|---|---|

**Vulcan Materials**
**P.O. Box 101131**
**Atlanta, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and/or services provided to Debtor.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,803.02 |
|---|---|---|---|

**Walthall Oil Company**
**P.O. Box 1203**
**Macon, GA 31202-1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods and/or services provided to Debtor.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,402.59 |
|---|---|---|---|

**Wayne Cole V**
**2250 Millertown Road**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past due rent.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,026.97 |
|---|---|---|---|

**Wex Bank**
**Wex Fleet Universal**
**P.O. Box 6273**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  QuickTrip fuel cards.

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 9,011.88 |
| 5b. Total claims from Part 2 | 5b.  + | $ 939,348.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 948,360.30 |

---

**Fill in this information to identify the case:**

Debtor name **Cruse Paving, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **18-11548**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Cruse Paving, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **18-11548**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Guy E. Cruse** | **2801 Harmony Road** **Temple, GA 30179** | **Synovus Bank** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Guy E. Cruse** | **2801 Harmony Road** **Temple, GA 30179** | **Bank of the West** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Guy E. Cruse** | **2801 Harmony Road** **Temple, GA 30179** | **Ally** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Guy E. Cruse** | **2801 Harmony Road** **Temple, GA 30179** | **Ally** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Guy E. Cruse** | **2801 Harmony Road** **Temple, GA 30179** | **Ally** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor   **Cruse Paving, Inc.**                                     Case number *(if known)*   **18-11548**

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | **Guy E. Cruse** | 2801 Harmony Road<br>Temple, GA 30179 | **Ally** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | **Guy E. Cruse** | 2801 Harmony Road<br>Temple, GA 30179 | **Ford Motor Credit<br>Corp.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cruse Paving, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **18-11548**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,498,735.76** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$4,213,296.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,356,222.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Cruse Paving, Inc.**

Case number *(if known)*    **18-11548**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **C.W. Matthews Contracting Co.** **P.O. Drawer 970** **Marietta, GA 30061** | 5/7//2018 5/17/2018 5/21/2018 5/29/2018 6/22/2018 | $116,046.04 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. **Palmer, Inc.** **P.O. Box 35** **Clermont, GA 30527** | 5/29/2018 | $10,875.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Junior Pippin Trucking Company** **1975 Sigman Road** **Conyers, GA 30012** | 5/29/2018 6/22/2018 | $19,609.71 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **Vulcan Materials** **P.O. Box 101131** **Atlanta, GA 30392** | 5/29/2018 5/21/2018 5/1/2018 | $10,128.41 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Southeastern Traffic Supply** **1400 Veterens Memorial Hwy, SE** **Suite 134** **Mableton, GA 30126** | 5/7/2018 5/29/2018 7/9/2018 | $3,300.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Synovus Bank** **P.O. Box 105233** **Atlanta, GA 30348** | 5/2/2018 6/6/2018 | $34,993.36 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Walthall Oil Company** **P.O. Box 1203** **Macon, GA 31202-1203** | 5/7/2018 6/15/2017 | $18,035.97 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Highway Services, inc.** **P.O. Box 926** **Douglasville, GA 30133** | 6/19/2018 | $8,083.64 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cruse Paving, Inc.**                                                                    Case number (if known)  **18-11548**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9. **Ally**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951** | **6/27/2018**<br>**5/21/2018** | **$6,839.31** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Guy E. Cruse**<br>**2801 Harmony Road**<br>**Temple, GA 30179**<br>**Insider** | **3/14/2018**<br>**4/4/2018**<br>**6/26/2018** | **$11,600.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">Part 3:</div>  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white;">Part 4:</div>  **Certain Gifts and Charitable Contributions**

Debtor    **Cruse Paving, Inc.**                                    Case number *(if known)*  **18-11548**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

    ☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SMITH CONERLY LLP 402 Newnan Street Carrollton, GA 30117** | **Attorney Fees** | **7/27/2018** | **$10,000.00** |
|  | Email or website address **awilson@smithconerly.com** |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Debtor    **Cruse Paving, Inc.**                                                                Case number *(if known)*  **18-11548**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

- ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ■ Yes. State the nature of the information collected and retained.

    **Former employees personal information such as Social Security numbers and drug test results.**

    Does the debtor have a privacy policy about that information?
    - ■ No
    - ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **Cruse Paving, Inc.**    Case number *(if known)*  **18-11548**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ronnie Robinson Unknown | | Drump truck, Back hoe, plank tamp, hand tools, trailor, and roller. | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Guy Cruse | | Personal belongings and tool box. | Unknown |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Debtor | **Cruse Paving, Inc.** | Case number *(if known)* 18-11548 |
|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Villa Rica Tax Service**<br>**430 W. Bankhead Highway**<br>**Villa Rica, GA 30180** | **2015-2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    **Cruse Paving, Inc.**                                          Case number *(if known)*  **18-11548**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Guy Cruse** | | **CEO** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jesse  Baily** | | **Vice President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Guy Cruse** | **$72,800.00** | **Weekly, Jan. 2018-July 27, 2018** | **Salary** |
| | Relationship to debtor **Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Cruse Paving, Inc.**                                    Case number *(if known)*   **18-11548**

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**August 10, 2018**__

__**/s/ Guy E. Cruse**__                                      **Guy E. Cruse**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   __**CEO**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Guy E. Cruse** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 18-11548 |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**   **Summarize Your Assets**

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $            0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $      2,540,077.60 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $      2,540,077.60 |

**Part 2:**   **Summarize Your Liabilities**

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        388,226.68 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          9,011.88 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        939,348.42 |
| | **Your total liabilities** | $      1,336,586.98 |

**Part 3:**   **Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $            N/A |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $            N/A |

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7.  **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Cruse Paving, Inc.**                                     Case number *(if known)*   **18-11548**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 9,011.88 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 9,011.88 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Cruse Paving, Inc.**                                        Case No.    **18-11548**
_____
Debtor(s)                                 Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                              |    |           |
|--------------------------------------------------------------|----|-----------|
| For legal services, I have agreed to accept                  | $  | 10,000.00 |
| Prior to the filing of this statement I have received        | $  | 10,000.00 |
| Balance Due                                                  | $  | 0.00      |

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, objection to exemption matters or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **August 10, 2018**                | **/s/ J. Nevin Smith**                          |
|------------------------------------|-------------------------------------------------|
| _Date_                             | **J. Nevin Smith 661110**                       |
|                                    | _Signature of Attorney_                         |
|                                    | **SMITH CONERLY LLP**                           |
|                                    | **402 Newnan Street**                           |
|                                    | **Carrollton, GA 30117**                        |
|                                    | **770-834-1160  Fax: 770-834-1190**             |
|                                    | **awilson@smithconerly.com**                    |
|                                    | _Name of law firm_                              |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Cruse Paving, Inc.**                                               Case No.   **18-11548**
                                                    Debtor(s)          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.


Date:   **August 10, 2018**                              **/s/ Guy E. Cruse**
                                                                      **Guy E. Cruse**/CEO
                                                                      Signer/Title